SCHROEDER ET AL. *v.* WILLIAMS ET AL.

No. 357.   Decided November 6, 1961.

*James A. Lake, Sr.* and *Roy Harrop* for appellants.

*Charles Thone* and *Clark O'Hanlon* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MURPHY ET AL. *v.* WATERFRONT COMMISSION OF NEW YORK HARBOR.

No. 362.   Decided November 6, 1961.

*Harold Krieger* for appellants.

*William P. Sirignano* and *Irving Malchman* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.